Certificate Number: 14912-PR-DE-041336203

Bankruptcy Case Number: 26-03625

14912-PR-DE-041336203

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2026, at 5:43 o'clock PM EDT, Carlos R Bermudez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: August 17, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor