**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN RE:

| | |
|---|---|
| **CARLOS RUBEN BERMUDEZ GONZALEZ** | **CASE NO. 26-03625** |
| | CHAPTER 13 |
| DEBTOR | |

---

**NOTICE RESCHEDULING MEETING OF CREDITORS**

The meeting of creditors will be held by Chapter 13 Trustee Osmarie Navarro Martinez on **October 9, 2026 at 10:20 am via Zoom**. To join the meeting, participants need to enter this **Meeting ID 284 602 1812, Passcode 1782019222**. If debtor has no access to internet or video or is experiencing trouble connecting by video, he should join the meeting by audio calling to: **Phone 1-(939) 291-2294**.

If a creditor or other interested party is unable to join by video they can join by audio only.

Please note that Debtor's telephonic appearance will likely result in the rescheduling of the meeting to another date and time.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the above document using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov, to the Chapter 13 Trustee Osmarie Navarro Martinez, Esq., and by depositing true and correct copy thereof in the United States Mail, to the non CM/ECF participants: debtor and parties included in the service list attached to the original hereof.

In Rincón, Puerto Rico, this September 16, 2026.

**FIGUEROA & ASOCIADOS LLC**
Attorneys for Debtor
P.O. Box 212
Rincón, PR 00677
Tel. (787) 500-4517
office@afhlawfirm.com

/s/ Antoan Figueroa Hernández
**ANTOAN FIGUEROA HERNÁNDEZ, ESQ.**
USDC No. 222403